**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000853**
**17-MAY-2018**
**10:50 AM**

NO. CAAP-17-0000853

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KENNETH YASSO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DTA-17-00438)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On November 29, 2017, Defendant-Appellant Kenneth K. Yasso (Yasso), pro se, filed a notice of appeal;

(2) The opening brief was due on a clerk's extension on or before March 28, 2018;

(3) Yasso did not file the opening brief or request a second extension of time;

(4) On April 10, 2018, the appellate clerk notified Yasso that the time for filing the opening brief had expired, the matter would be called to the court's attention on April 20, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, and Yasso may request relief from default by motion; and

(5) Yasso took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 17, 2018.

Chief Judge

Associate Judge

Associate Judge